UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **LANCE TERRELL,** *Plaintiff* § § § | |
| v. § | No. 1-22-CV-1304-DH |
| § | |
| **OZARK CAPITAL CORPORATION,** *Defendant* § § § | |

# FINAL JUDGMENT

On August 16, 2023, the Court granted Defendant Ozark Capital Corporation's motion for summary judgment, dismissing Plaintiff Lance Terrell's claims. Dkt. 26. As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on August 21, 2023.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE